E DON COPPLE (ISB No. 1085)
HEATHER A. CUNNINGHAM (ISB No. 5480)
DAVISON, COPPLE, COPPLE & COPPLE, LLP
Attorneys at Law
Washington Mutual Capitol Plaza
199 North Capitol Boulevard, Suite 600
Post Office Box 1583
Boise, Idaho  83701
Telephone:     (208) 342-3658
Facsimile:     (208) 386-9428
edcopple@davisoncopple.com
cunningham@davisoncopple.com

Attorneys for Defendant
      Peasley Transfer and Storage Co.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO


| | | |
|---|---|---|
| BRANT MCDERMOTT | ) | Case No. 1:10-cv-00151-LMB |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR DISMISSAL |
| | ) | WITH PREJUDICE |
| vs. | ) | |
| | ) | |
| PEASLEY TRANSFER AND | ) | |
| STORAGE CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COME NOW Plaintiff, Brant McDermott,  by and through his attorneys of record, Patrick

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

Kershinik,  and Defendant Peasley Transfer and Storage, by and through its attorneys of record Davison, Copple, Copple & Copple of Boise, Idaho, and hereby stipulate and agree the above-entitled litigation be dismissed with prejudice in light of the fact that the litigation has been settled by agreement between the parties and the terms of the settlement have been complied with by all parties. Each of the parties hereto agree to pay their own costs and attorneys' fees incurred in this litigation.

DATED this 2nd day of June, 2010.

By: _____
Patrick Kershisnik
Attorneys for Plaintiff

DATED this 3 day of June, 2010.

DAVISON, COPPLE, COPPLE & COPPLE

By: _____
E Don Copple, of the firm
Attorneys for Defendant

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2